UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-0440-VBF (JEM) | Date | August 19, 2014 |
|---|---|---|---|
| Title | Thomas Urioste v. Ian Burns, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER**

On May 1, 2014, the Court issued an Order requiring "[e]ach party [to] . . . file and serve a status report on August 1, 2014." (Docket No. 26 at 2) (bold and underline omitted). As of this date, Plaintiff has not filed his status report.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiff SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or failure to comply with a court order for failing to file a status report as directed by the Court's Order of May 1, 2014. Plaintiff shall respond to this Order to Show Cause in writing on or before **September 8, 2014**.

In responding, Plaintiff must either (1) file a status report as directed by the Court's Order of May 1, 2014, or (2) explain why he has failed to do so.

Plaintiff is advised that failure to respond to this Order to Show Cause as directed may result in the Court recommending that the case be dismissed for failure to prosecute and/or failure to comply with a court order. See Link v. Wabash R.R. Co., 370 U.S. 626, 629-30 (1962); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

cc: Parties

| | : |
|---|---|
| Initials of Preparer | sa |