O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED   6/2/15

D. Vo
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY   DV   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. URIOSTE,<br><br>             Plaintiff,<br><br>       vs.<br><br>IAN BURNS,<br><br>             Defendant. | Case No.  EDCV 13-0440-VBF (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) defendant's Motion for Summary Judgment is granted; and (2) Judgment be entered dismissing this action with prejudice.

DATED: June 1, 2015

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE