I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

DATED 6/2/15

D. Vo
DEPUTY CLERK

JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. URIOSTE,<br><br>    Plaintiff,<br><br>vs.<br><br>IAN BURNS,<br><br>    Defendant. | Case No. EDCV 13-0440-VBF (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 1, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

ENTERED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY    DV        DEPUTY